### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**THELMA WILLIAMS, JR**                                                    **PLAINTIFF**
ADC #093197

**v.**                         **CASE NO. 4:22-CV-01258-BSM-JTR**

**JAMES GIBSON,** *et al.*                                          **DEFENDANTS**

### <u>JUDGMENT</u>

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 11th day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE